United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL JOSE CASARES,

Plaintiff,

v.

CYNTHIA ROJAS, et al.,

Defendants.

Case No.  26-cv-02985-KAW (PR)

**Judicial Referral for Purpose of Determining Relationship**

CHRISTOPHER BRYAN MCKENZIE,

Plaintiff,

v.

EDWARD BORLA, et al.,

Defendants.

Case No.  25-cv-02820-TLT (PR)

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla, et al.*, Case No. 25-cv-02820-TLT (PR).

IT IS SO ORDERED.

Dated: May 7, 2026

KANDIS A. WESTMORE
United States Magistrate Judge